**PLAINTIFF'S EXHIBIT A**

Homestead Hospital                   975 Baptist Way
                                     Homestead, FL 330337600

## Patient Information

| | | |
|---|---|---|
| **Patient Name:** PAZDELSOL, ADISLEN | **Sex:** Female | |
| **Home Address:** ███████ | **DOB:** ███████ | **Language:** Spanish |
| HOMESTEAD, FL 330331502 | **Age:** 45 Years | |
| **Home Phone:** | **Religion:** None | |
| **Employer Name:** Miscellaneous | **SSN:** XXX-XX-2576 | |
| **Employer Phone:** | | |

## Guarantor Information

| | |
|---|---|
| **Guarantor Name:** PAZDELSOL, ADISLEN | **Sex:** Female |
| **Patient's Reltn:** Self | **DOB:** ███████ |
| **Billing Address:** ███████ | **Age:** 45 Years |
| HOMESTEAD, FL 330331502 | **Religion:** None |
| **Billing Phone:** | **SSN:** ███████ |
| **Employer Name:** Miscellaneous | |
| **Employer Phone:** | |

## Contact Information

| *Emergency Contact* | *Next of Kin* |
|---|---|
| **Contact Name:** KISAIN PERA | **Contact Name:** |
| **Patient's Reltn:** Spouse | **Patient's Reltn:** |
| **Sex:** | **Sex:** |
| **Home Phone:** | **Home Phone:** |

## Primary Insurance

| | |
|---|---|
| **Subscriber Name:** PAZDELSOL, ADISLEN | **Insurance Name:** W/C Worker Comp |
| **Patient's Reltn:** Self | **Claim Address:** Po Box 14436 |
| **Sex:** Female | Lexington, KY 40512 |
| **DOB:** ███████ | **Insurance Phone:** |
| **Age:** 45 Years | **Policy Number:** 302176951950001 |
| **Employer Name:** Miscellaneous | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** Workers Comp | **Authorization Phone:** |
| **Group Name:** | **Authorization Contact:** |

## Secondary Insurance

| | |
|---|---|
| **Subscriber Name:** | **Insurance Name:** |
| **Patient's Reltn:** | **Claim Address:** |
| **Sex:** | |
| **DOB:** | **Insurance Phone:** |
| **Age:** | **Policy Number:** |
| **Employer Name:** | **Group Number:** |
| **Employer Phone:** | **Authorization Number:** |
| **Financial Class:** | **Authorization Phone:** |
| | **Authorization Contact:** |

## Encounter Information

| | | |
|---|---|---|
| **Reg Dt/Tm:** 06/08/2021 14:54 | **Patient Type:** ER | **Admit Type:** Emergency |
| **Est Dt of Arrival:** | **Medical Service:** EMR - Emergency D | **Admit Source:** Emergency Room |
| **Inpt Adm Dt/Tm:** | **Location:** HH_HEDM | **Advance Directive:** |
| **Disch Dt/Tm:** 06/08/2021 18:57 | **Room/Bed:** HH01 / AA | **Reg Clerk:** Gil, Luisa M |
| | **Isolation:** | **Admit Physician:** |
| | **Disease Alert:** | |

**Admit Reason:** NERVOUS BACK PAIN

| | | |
|---|---|---|
| Patient Name: **PAZDELSOL, ADISLEN** | | |
| MRN: | Admit Date: | **6/8/2021** |
| Encounter: | Discharge Date: | **6/8/2021** |

## Emergency Documentation

### History of Present Illness

Patient is a 44-year-old female presents to the ED feeling anxious status post held at gun point 1 week ago at work. Patient reports has not been able to sleep, decrease in appetite and feeling anxious. Patient also reports low back pain and neck pain but denies any injury.

### Review of Systems

Constitutional: [no fever, no chills, no fatigue]
Skin: [no rash, no jaundice]
Eye: [no recent visual changes, no discharge]
ENMT: [no ear pain, no sore throat, no nasal congestion]
Respiratory: [no shortness of breath, no cough]
Cardiovascular: [no chest pain, no palpitations, no peripheral edema]
Gastrointestinal: [no abdominal pain, no nausea, no vomiting, no diarrhea]
Genitourinary: [no dysuria, no hematuria]
Musculoskeletal: [no back pain, no joint pain]
Neurologic: [no headache, no dizziness]
Psychiatric: [+ anxiety, no depression, no focal weakness]
Heme/Lymph: [negative for bruising, no swollen lymph nodes]

### Physical Exam

Vitals & Measurements
T: 36.9 °C (Oral)   T: 36.6 °C (Tympanic)   TMIN: 36.6 °C (Tympanic)
TMAX: 36.9 °C (Oral)   HR: 101 (Peripheral)   HR: 90 (Monitored)   RR: 18
BP: 103/74   SpO2: 100%   WT: 48.5 kg (Measured)   BMI: 23.07

General: alert, no acute distress, well appearing, anxious
Skin: no pallor, no rash
Head: normocephalic , atraumatic
Eyes: PERRL, normal conjunctiva, sclera normal, extraocular movements intact
Ear: TM's intact and clear
Sinus: No sinus tenderness
Neck: trachea midline, no tenderness
Cardiovascular: normal heart rate, regular rhythm, no murmur , no pedal edema
Respiratory: non-labored respirations, lungs are clear to auscultation
Gastrointestinal: soft, non-distended, no abdominal tenderness, no organomegaly
Neurological: alert and oriented x4, CN II-XII intact, motor strength equal & normal bilaterally, sensation equal & normal bilaterally, speech normal, normal coordination
Psychiatric:
Mood and affect: appropriate
Behavior: cooperative
Judgment:   normal
Thoughts:   non-suicidal

### Medical Decision Making/Documents Reviewed



| Medication | Dose | Route |
|---|---|---|
| | 1 mg | Oral |

**Laboratory**

**Xray**

### Travel History
You/household traveled in last 30 days?: No (06/08/21 15:08:00)
You/household traveled in last 30 days?: No (06/08/21 15:08:00)

### Allergies
No Known Allergies

### Home Medications
No Medications

### New Prescriptions
_____ mg oral tablet
_____ topical film
_____ mg oral tablet

### Labs Results

### Diagnostics Results
Cerv Spine 2 or 3 Views XR

06/08/21 17:12:00
ORDERED BY: DINORAH HERNANDEZ, P.A.
READ BY: DEREK FARIDAD ON: Jun 8 2021 5:20P
***FINAL RESULT***

Patient Name: PAZDELSOL, ADISLEN

PROCEDURE: HXR 8695 CERV SPINE 2 OR 3 VIEWS XR

PROCEDURE: CERV SPINE 2 OR 3 VIEWS XR
CLINICAL INDICATION:
neck pain SIGNS AND SYMPTOMS: BACK PAIN UNSPECIFIED
COMPARISON:
No pertinent prior studies are available for comparison.
TECHNIQUE:
Radiography of the cervical spine, 4 views.
DISCUSSION:



IMPRESSION:

Signed Electronically By: Dr. Derek Faridad - 028563 - 6/8/2021 5:20 PM