# PLAINTIFF'S EXHIBIT C

**TEAMHealth**
ALCOA BILLING CENTER
3429 REGAL DR
ALCOA, TN 37701-3265

This bill is separate from your hospital bill.
It covers physician services rendered at

**HOMESTEAD HOSPITAL**

| | |
|---|---|
| Patient: | Adislen Pazdelsol |
| Account number: | |
| Bill ID: | |
| Printed on: | Jul 6, 2021 |
| Check reference #: | |

M87763508-30-30011
STMT ▲ 0 0 0 1 6 8
Adislen Pazdelsol
Homestead FL 33033-1502

**Difficulty paying your bill?**
Visit **pay.teamhealth.com** to learn about 0% interest payment plans and more ways to resolve your balance.

SEE BACK FOR DETAILS →

# You owe $1,199.00

You have one bill that is ready to pay. The total amount is due by Jul 21, 2021.

| | |
|---|---|
| Total billed | $1,199.00 |
| Amount you owe | $1,199.00 |

Visit **pay.teamhealth.com** to add your insurance and we will reprocess your bill.

---
DETACH AREA BELOW AND SEND WITH PAYMENT
---

# Ways to Pay

**Online**
Pay via desktop or mobile:
pay.teamhealth.com

Bill ID:

**Phone**
To pay by phone, call toll-free 24/7: **(888) 580-2688**

**Mail**
Mail check or money order with this part of the bill to the address on the reverse side.
Do not send cash.

# Need Help?

Call our team toll-free
(Mon-Fri 8AM to 8PM, Sat 10AM to 3PM EDT)
**(888) 580-2688**

Live Chat
pay.teamhealth.com



**Scan to pay online.**
Just point your phone's camera at the code to scan. Some phones may require a QR code app.

# Your visit to HOMESTEAD HOSPITAL

**Date of service:** June 8, 2021  **Clinician:** Mehdy Yavari Do  **Department:** Emergency Department
**Type:** Physician services  **Due date:** Jul 21, 2021 (past due)

| Service | Billed |
|---|---|
| Office/facility visit - 99284<br>Emergency department visit | $1,199.00 |
| | |
| Subtotal billed | $1,199.00 |
| Insurance adjusted | - $0.00 |
| Insurance paid | - $0.00 |
| You owe (subtotal) | $1,199.00 |

## Your bill summary

**TEAM**Health.

| | |
|---|---|
| **Total billed** | $1,199.00 |
| **Amount you owe** | **$1,199.00** |

View billing rights at: https://pay.teamhealth.com/rights/

---

✂ DETACH AREA BELOW AND SEND WITH PAYMENT

## Mail this slip with check

Account Holder: Adislen Pazdelsol
Account Number: ▮▮▮▮▮▮▮▮
Check reference #: ▮▮▮▮▮▮▮▮▮▮

**TEAM**Health.

MAKE CHECK PAYABLE & MAIL TO:

**PARAGON CONTRACTING SERVICES, LLC**
**P.O. Box 740023**
**Cincinnati, OH 45274-0023**

0180008776350860340304159930011400119900091

**TEAMHealth**
ALCOA BILLING CENTER
3429 REGAL DR
ALCOA, TN 37701-3265

This bill is separate from your hospital bill.
It covers physician services rendered at

# HOMESTEAD HOSPITAL

| | |
|---|---|
| Patient: | **Adislen Pazdelsol** |
| Account number: | |
| Bill ID: | |
| Printed on: | Sep 4, 2021 |
| Check reference #: | |

M87763508-30-30011
STMT ▲ 0 0 2 0 7 1
Adislen Pazdelsol
Homestead FL 33033-1502

### Difficulty paying your bill?
Visit **pay.teamhealth.com** to learn about 0% interest payment plans and more ways to resolve your balance.

SEE BACK FOR DETAILS →

**Past Due**

# You owe $1,199.00 today

You have a past due amount of **$1,199.00**. Please make a payment or contact us as soon as possible.

| | |
|---|---|
| Total billed | $1,199.00 |
| **Amount you owe** | **$1,199.00** |

You are eligible for a discount. For more information, please go to **pay.teamhealth.com** or call **(888) 580-2688**.

---

✂ DETACH AREA BELOW AND SEND WITH PAYMENT

# Ways to Pay

### 🖥 Online
Pay via desktop or mobile:
**pay.teamhealth.com**

### 📞 Phone
To pay by phone, call toll-free 24/7: **(888) 580-2688**

### ✉ Mail
Mail check or money order with this part of the bill to the address on the reverse side. Do not send cash.

# Need Help?

### 📞 Call our team toll-free
(Mon-Fri 8AM to 8PM, Sat 10AM to 3PM EDT)
**(888) 580-2688**

### 💬 Live Chat
**pay.teamhealth.com**

Bill ID:



**Scan to pay online.**

Just point your phone's camera at the code to scan. Some phones may require a QR code app.