**PLAINTIFF'S EXHIBIT D**

# HRRG

Page 1 of 1

MAIL RETURN ONLY
PO BOX 8486 · CORAL SPRINGS FL 33075-8486

800-984-9115
en Español 800-398-3975

April 05, 2022

Office Hours:
Monday through Friday
8:00AM to 11:00PM EST/EDT

HRRG ▲ 0 0 3 7 4 2  B6
ADISLEN PAZDELSOL
███████████
HOMESTEAD FL 33033-1502

Re: ████████ Final Notice
hrrgcollections.com
PIN# ██████████████

Dear Adislen Pazdelsol:

Some time ago, the health care provider(s) listed below, hired Healthcare Revenue Recovery Group, LLC (HRRG) to collect the balance shown below. Despite our collection efforts, all or at least part of your balance remains outstanding. As such, we are writing to advise you that we are evaluating this account for closure to our client who will evaluate the account for placement with another collection agency; or for transfer to ARS Account Resolution Services (ARS), a division of HRRG.

To pay without the need to speak to a live agent, try using our website, www.hrrgcollections.com or our automated IVR accessible 24 hours a day by calling 855-PAY-HRRG (855-729-4774) or call us toll free at 800-984-9115 to discuss payment on this account with an agent.

Best regards from,

Healthcare Revenue Recovery Group, LLC

(NOTICE: SEE REVERSE SIDE FOR APPLICABLE DISCLOSURES AND PAYMENT INFORMATION.)

✂ ------------------------------------------------ ✂

Reference #: 56555273          Total Balance: $1199.00          Amount Enclosed  $ _____

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| PARAGON CONTRACTING SVC L | ████████ | PAZDELSOL,ADISLEN | 1199.00 | 06/08/21 |

PAYMENT VOUCHER

PO BOX 5406
CINCINNATI OH 45273-7942

1 056555273 000119900 0289016947 3 5

H7