# PLAINTIFF'S EXHIBIT E

**ARS**

PO BOX 630806
CINCINNATI OH 45263-0806
(800) 694-3048 from 8:30am to 5:30pm EST, Monday to Friday
en español (800) 694-3397

Page 1 of 1

To: Adislen Pazdelsol
███████████████
Homestead FL 33033-1502

Reference: 91917171

**ARS Account Resolution Services (ARS) is a debt collector.** We are trying to collect a debt that you owe to PARAGON CONTRACTING SVC L. We will use any information you give us to help collect the debt.

### Our information shows:

You received services from PARAGON CONTRACTING SVC L at HOMESTEAD HOSP. The associated account number is ███████████████

| | |
|---|---|
| As of 06/08/21, you owed: | $ 1,199.00 |
| Between 06/08/21 and today: | |
| You were charged this amount in interest: | + $ 0.00 |
| You were charged this amount in fees: | + $ 0.00 |
| You paid or were credited this amount toward the debt: | − $ 0.00 |
| **Total amount of the debt now:** | **$ 1,199.00** |

### How can you dispute the debt?

- **Call or write to us by 09/03/2022 to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by 09/03/2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at Disputes@arscx.com.

### What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 09/03/2022, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at Requests@arscx.com.

- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about payment options.

**Notice:** See reverse side for important information.

---

✂ — — — — — — — — — — — — — — — — — — — — — — — — — — ✂

### How do you want to respond?
Check all that apply:
☐ I want to dispute the debt because I think:
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).
☐ I want you to send me the name and address of the original creditor.

☐ I enclosed this amount: $_____

Make your check payable to ARS.
Include the reference number ██████████

To: Adislen Pazdelsol
███████████████
Homestead FL 33033-1502

ARS
PO BOX 630806
CINCINNATI OH 45263-0806

3  091917171  000119900  0289016947  3  7

ARF1