## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:22-CV-23684-JAL

Plaintiff:
**ADISLEN PAZ DEL SOL**

vs.

Defendant:
**HOMESTEAD HOSPITAL, INC., BAPTIST HEALTH SOUTH FLORIDA, INC., PARAGON CONTRACTING SERVICES, LLC, d/b/a TEAMHEALTH FLORIDA, and HEALTHCARE REVENUE RECOVERY GROUP, LLC, d/b/a HRRG, ARS ACCOUNT RESOLUTION SERVICES**


OCH2022001901

For:
AMOR LAW FIRM, P.A.
3625 NW 82ND AVE
SUITE 203
DORAL, FL 33166

Received by STATEWIDE PROCESS SERVICE, INC on the 14th day of November, 2022 at 8:56 am to be served on **PARAGON CONTRACTING SERVICES, LLC D/B/A TEAMHEALTH FLORIDA C/O CORPORATION SERVICE COMPANY, ITS REGISTERED AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, Christopher S. Kady, do hereby affirm that on the **14th day of November, 2022 at 11:50 am, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMMONS AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Sheena Black** as **Service Liaison** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of **PARAGON CONTRACTING SERVICES, LLC D/B/A TEAMHEALTH FLORIDA C/O CORPORATION SERVICE COMPANY, ITS**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher S. Kady
Process Server #237

STATEWIDE PROCESS SERVICE, INC
5727 Nw 7th Street
#317
Miami, FL 33126
(786) 512-5440

Our Job Serial Number: OCH-2022001901

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z