UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23684-CIV-LENARD/LOUIS

**ADISLEN PAZ DEL SOL,**

    Plaintiff,

v.

**HOMESTEAD HOSPITAL, INC.,
BAPTIST HEALTH SOUTH
FLORIDA, INC., HEALTHCARE
REVENUE RECOVERY GROUP,
INC., doing business as HRRG, ARS
Account Resolution Services, and
PARAGON CONTRACTING SERVICES,
LLC, doing business as TeamHealth Florida,**

    Defendants.
_____/

## ORDER OF REFERENCE OF CERTAIN MATTERS TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court <u>sua sponte</u>.  Pursuant to 28 U.S.C. §636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, and with the consent to jurisdiction of both parties in this suit, the above captioned cause is referred to United States Magistrate Judge Lauren F. Louis to take all necessary and proper action as required by law, and to render a final Order, as appropriate, with respect to **Motions concerning Discovery.**

    It is further

**ORDERED AND ADJUDGED** that the parties are directed to indicate on the first page, under the case number, of all motions as agreed above and related papers filed hereafter, that the motion is a "Consent Motion."

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of January, 2023.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**