UNITED STATES DISTRICT COURT
SOUTHERN  DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-23684-JAL

ADISLEN PAZ DEL SOL,

      Plaintiff,

      v.

HOMESTEAD HOSPITAL, INC.,
BAPTIST HEALTH SOUTH FLORIDA,
INC., PARAGON CONTRACTING
SERVICES, LLC, d/b/a TEAMHEALTH
FLORIDA[1], and HEALTHCARE
REVENUE RECOVERY GROUP, LLC,
d/b/a HRRG, ARS ACCOUNT
RESOLUTION SERVICES,

      Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTION SERVICES; and PARAGON CONTRACTING SERVICES, LLC, d/b/a TEAMHEALTH FLORIDA**

      Plaintiff, Adislen Paz Del Sol, and Defendants, Healthcare Revenue Recovery Group,

LLC, d/b/a ARS Account Resolution Services, and Paragon Contracting Services, LLC, d/b/a

Teamhealth Florida by and through their undersigned counsel, hereby notify the Court that the

aforementioned Parties have reached a settlement in the above-captioned matter.

---

[1] Th correct name of this Defendant is Paragon Contracting Services, LLC.

The parties are in the process of finalizing the terms of settlement and respectfully request that this Court allow thirty (30) days to complete the settlement, during which time Parties request this Court retain jurisdiction over this matter until fully resolved. The Parties anticipate that a joint stipulation to voluntary dismissal with Prejudice will be filed within thirty (30) days.

Dated this **2ⁿᵈ day of February 2023.**

| | |
|---|---|
| */s/ Monica Amor.* | */s/ Ernest H. Kohlmyer, III* |
| Monica Amor, Esq. | Ernest H. Kohlmyer, III, Esquire |
| Amor Law Firm P.A. | Florida Bar No. 110108 |
| mamor@amorlaw.com | Skohlmyer@shepardfirm.com |
| Florida Bar No. 0118664 | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 3625 NW 82nd Avenue, Suite 203 | 2300 Maitland Center Parkway, Suite 100 |
| Doral, Florida 33166 | Maitland, Florida 32751 |
| Telephone  305-882-2667 | Telephone (407) 622-1772 |
| Facsimile   888-311-2667 | Facsimile (407) 622-1884 |
| *Attorney for Plaintiff* | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services* |

*/s/  Nina C. Welch*
Peter R. Goldman, Esq.
Florida Bar No. 860565
Nina C. Welch
Florida Bar No. 118900
Daniel Alvarez
Florida Bar No. 1010172
Amor Law Firm P.A.
Nelson Mullins
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Telephone: (954) 745-7060
Fax: (954) 761-8135
peter.goldman@nelsonmullins.com
stacy.brown@nelsonmullins.com
nina.welch@nelsonmullins.com
herold.labissiere@nelsonmullins.com

daniel.alvarez@nelsonmullins.com
traci.lewis@nelsonmullins.com
*Attorney for Paragon Contracting Services,*
*LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on

**February 2, 2023**, with the Clerk of the Court by using the electronic filing system. I further

certify that the foregoing has been sent via electronic transmission to the following: Monica

Amor, Esquire of Amor Law Firm, P.A., at mamor@amorlaw.com. *(Attorneys for Plaintiff)*,

Nina C. Welch, Esquire, Peter R. Goldman, Esquire, and Daniel Alvarez, Esquire at

nina.welch@nelsonmullins.com;            peter.goldman@nelsonmullins.com;            and

daniel.alvarez@nelsonmullins.com; *(Attorneys for Paragon Contracting Services, LLC);* and

Matthew L. Lines, Esquire, and Catherine A. Mancing, Esquire at Lines@irlaw.com,

Isicoff@irlaw.com; and Mancing@irlaw.com *(Attorneys for Defendants, Homestead Hospital,*

*Inc., and Baptist Health South Florida, Inc.).*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare*
*Revenue Recovery Group, LLC d/b/a ARS*
*Account Resolution Services*