**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-23684-CIV-LENARD/LOUIS

**ADISLEN PAZ DEL SOL,**

     Plaintiff,

**v.**

**HOMESTEAD HOSPITAL, INC. and**
**BAPTIST HEALTH SOUTH**
**FLORIDA, INC.,**

     Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following the Court's Order Granting Defendants' Motion to Dismiss.  Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that:

1. **FINAL JUDGMENT** is hereby entered in favor of Defendants Homestead Hospital, Inc. and Baptist Health South Florida, Inc.; and

2. This case is now **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 3rd day of February, 2023.

                                   _____
                                   **JOAN A. LENARD**
                                   **UNITED STATES DISTRICT JUDGE**